24 So.3d 740 (2009)
MICRO RACING ASSOCIATION OF LEESBURG, INC., Appellant,
v.
LEESBURG MICRO RACING ASSOCIATION, LLC., et al., Appellee.
No. 5D09-872.
District Court of Appeal of Florida, Fifth District.
December 29, 2009.
Charles D. Johnson of Sellar, Sewell, Russ, Saylor & Johnson, P.A., Leesburg, for Appellant.
Johnnie B. Byrd, Jr., of Byrd & Barnhill, P.L., Plant City, for Appellee.
PER CURIAM.
AFFIRMED. See DGG Dev. Corp. v. Estate of Capponi, 983 So.2d 1232 (Fla. 5th DCA 2008).
GRIFFIN, PALMER and JACOBUS, JJ., concur.